**[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 49.]**

THE STATE OF OHIO, APPELLANT, *v.* SHAFFER, APPELLEE.

[Cite as *State v. Shaffer*, 1998-Ohio-677.]

*Criminal procedure—Classification as sexual predator—Court of appeals'
judgment reversed on authority of State v. Cook—Sexual predator
determination by trial court reinstated.*

(No. 98-1255—Submitted October 13, 1998—Decided December 2, 1998.)

CERTIFIED by the Court of Appeals for Marion County, No. 9-97-70.

————————————

*Jim W. Slagle*, Marion County Prosecuting Attorney, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of
*State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The trial court's determination that Ronald R. Shaffer is a sexual
predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————